```
                  IN THE UNITED STATES BANKRUPTCY COURT
                   FOR THE NORTHERN DISTRICT OF ILLINOIS
                              EASTERN DIVISION


IN RE: SHARON CRAWFORD              )
                                    )
SELECT PORTFOLIO SERVICING, INC.,   )
          Creditor,                 )
     vs.                            )  CASE NO. 04B44637
                                    )  JUDGE JACK B. SCHMETTERER
SHARON CRAWFORD,      Debtor        )
```

**RESPONSE TO NOTICE OF PAYMENT OF FINAL MORTGAGE CURE**

Now comes Select Portfolio Servicing, Inc., by and through its attorneys, Pierce & Associates, P.C., and hereby responds to the Notice of Payment of Final Mortgage Cure, stating as follows:

1. The Debtor is due for the November 1, 2008 contractual payment and all those thereafter.

2. The following is an itemization of fees and costs due on the loan as of October 8, 2008.

    a. Attorney's Fees        $250.00

    b. Late Charges           $451.35

       Total                  $701.35

If no challenge to foregoing is made by motion filed with the court and served on the undersigned an the trustee within thirty days of this notice, Select Portfolio Servicing, Inc. rights to collect these amounts will remain unaffected.

                                    Respectfully Submitted,
                                    Select Portfolio Servicing, Inc.

                                    /s/Michael Halpin
                                    Michael Halpin/ARDC#6239453

                                    Pierce and Associates, P.C.
                                    1 North Dearborn Street, Ste. 1300
                                    Chicago, Illinois 60602
                                    (312)346-9088